# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| ELLIS EVANS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CV 413-203 |
| UNITED STATES OF AMERICA, | ) | CR 403-093 |
| | ) | |
| Respondent. | ) | |

## **REPORT AND RECOMMENDATION**

Convicted in 2003 on gun charges and sentenced to 188 months, doc. 60,[1] Ellis Evans unsuccessfully appealed, doc. 69, then unsuccessfully moved for 28 U.S.C. § 2255 relief. Docs. 72, 83, 88 & 94. Citing *Spencer v. United States*, ___F.3d ___, 2013 WL 4106367 (11th Cir. Aug. 15, 2013) (relief from sentencing errors may be sought under certain circumstances in an initial § 2255 proceeding), Evans again moves for § 2255 relief. Doc. 97, *as amended*, doc. 98.[2]

"When a prisoner has previously filed a § 2255 motion to vacate, he must apply for and receive permission from [the Eleventh Circuit] before

---

[1] The Court is citing only to the criminal docket and using its docketing software's pagination; it may not always line up with each paper document's printed pagination.

[2] The Court **GRANTS** his motion to amend his § 2255 motion. Doc. 98.

filing a successive § 2255 motion. 28 U.S.C. §§ 2244(b)(3), 2255(h)." *Daniels v. Warden, FCC Coleman-USP I*, 2013 WL 5225494 at * 1 (11th Cir. Sept. 18, 2013). Evans has knocked on the wrong court's door. Accordingly, his § 2255 motion must be **DISMISSED**.

Applying the Certificate of Appealability (COA) standards set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); *see Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal should likewise be **DENIED**. 28 U.S.C. § 1915(a)(3).

**SO REPORTED AND RECOMMENDED**, this 25th day of September, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA