IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
OCT -7 2015

CLERK
SO. DIST. OF

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:03-cr-00093-1
)
Ellis Eric Evans, )
)
Defendant. )
)

# O R D E R

On August 27, 2003, Defendant was sentenced by this Court to a 188-month custodial term for the offense of possession of a firearm by a convicted felon (armed career criminal). On December 4, 2014, Defendant filed a motion with this Court requesting consideration for a sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines.

Amendment 782, effective November 1, 2014, revised the guidelines applicable to drug trafficking offenses by changing how the base offense levels in the Drug Quantity Table in § 2D1.1 incorporate the statutory mandatory minimum penalties for such offenses. Defendant was *not* convicted of a drug offense, nor was the § 2D1.1 guideline in any manner incorporated within his guideline calculations. Therefore, pursuant to U.S.S.G. § 1B1.10, Amendment 782 is not applicable to Defendant, and a reduction in Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c)(2).

Ellis Eric Evans
4:03-cr-00093-1
Order on Motion

Based on the foregoing, Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

SO ORDERED this **7**<u>th</u> day of *October* 2015.

WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA